# EXHIBIT A

# Checklist

Date: **September 7, 2013**

Membrership Number: ▇▇▇▇**0835**

| | |
|---|---|
| ✓ | Cover Page |
| NA | ADP /CASH OUT Promisory Note |
| ✓ | Mediation Agreement |
| ✓ | Exhibit "A" The Suppliers |
| ✓ | Exhibit "B"   List of Discounts |
| ✓ | Exhibit "C" Promissory Note Balance |
| ✓ | Exhibit "D" Monthly Payments Authorization Form |
| ✓ | Exhibit "E" Rules of Operation |
| ✓ | Exhibit "F" List of Major Tour Operators |
| ✓ | Costumer's Acknowledgement |
| ✓ | Work Sheet |
| ✓ | Receipts |
| ✓ | Vouchers (Credit Card Debit Authorization Form) or Other form of payment |
| ✓ | GBS transaction screen/ Aut Amexco |
| NA | Credit Card copy |
| ✓ | Members Ids |
| ✓ | Premier Nights Certificate |
| NA | Vip Certificate |
| ✓ | Renewal Option Letter |
| ✓ | Unlimited Access Certificate |
| ✓ | Price Frezze Letter |
| NA | Gold Plus Certificate |
| NA | Suplementary Letter |
| NA | Up Grade/ Down Grade Letter |
| ✓ | RCI Bonus week letter / Certificate |
| ✓ | RCI Enrollment |
| ✓ | Ice Enrollment / Certificate |
| ✓ | Yacht Club Enrollment |
| ✓ | Special Autorizations |
| ✓ | Vacation Survey /Wellcome /Invitation |
| ✓ | Referral program |
| ✓ | Uvc Members ID |
| ✓ | First Impressions |
| ✓ | Pre-Vlo |
| NA | Trade In Documents |
| NA | Credit Card Aplication |
| ✓ | Verification Report |

_- carta de desistimiento._

_____
Adriana Lecuona Gonzalez

_____
**Operations Manager**



Membership number: ███0835

## COVER PAGE

| | |
|---|---|
| Customer(s): | Jesse John Michaletz |
| | Amanda Kay Dugan |
| Customer's Nationality and Country of Residence: | United States of America |
| Customer's Current Address: | 220 SE 10th Circle<br>North Bend, WA, 98045.<br>United States of America |

Additional Customer Information:
Telephone and Email Address:

| | | | | |
|---|---|---|---|---|
| Home: | (206) 353-6147 | Office: | . | |
| Cell: | (206) 962-7776 | Fax: | . | |
| Other: | . | | | |
| Email: | adugan@expedia.com | Email: | jesse.michaletz@hotmail.com | |

Social Security Number: SSN: ███

| | | |
|---|---|---|
| Membership: | Membership type | Gray Pearl |

ALL AMOUNTS ARE IN U.S. DOLLARS

| | | | |
|---|---|---|---|
| Total Consideration: | $8,960.00 | No. of Payments: | 24 |
| Initial Deposit: | $4,480.00 | Annual Interest Rate: | 0.00% |
| Balance: | $4,480.00 | | |
| Monthly Payment: (Includes Principal and Interest) | | | $186.67 |
| Credit Approval Fee: | $0.00 | Total Monthly Payment: | $186.67 |
| Initial Payment Date: | November 1, 2013 | Monthly Payment Date: | 1st. Day of Every Month |
| Initial Annual Fee: | 120.00 | Effective for year: | 2013 |

I understand that after the execution of this agreement I have the option to make advance payments with no penalty.

Customer
By: _____
Jesse John Michaletz

By: _____
Amanda Kay Dugan

Date: September 7, 2013

CLUB DE DESCUENTOS VACACIONALES DR, LLC

By: _____
Raquel Nohemi Reynoso Fragoso

Date: September 7, 2013

1

## MEDIATION AGREEMENT

**MEMBERSHIP NUMBER:** ▮0835

THIS AGREEMENT IS ENTERED INTO, BY AND BETWEEN CLUB DE DESCUENTOS VACACIONALES DR, LLC, REPRESENTED HEREIN BY __Raquel Nohemi Reynoso Fragoso__ (HEREINAFTER REFERRED TO AS THE "MEDIATOR"), AND __Jesse John Michaletz__ & __Amanda Kay Dugan__ WHO ENTERS THIS AGREEMENT BY HER (HIS) OWN RIGHT (HEREINAFTER REFERRED TO AS THE "CUSTOMER") UNDER THE FOLLOWING RECITALS, REPRESENTATIONS AND CLAUSES.

### Recitals

Mediator has entered into certain agreements with different suppliers of travel services (each, a "Supplier") pursuant to which the Suppliers are required to offer goods and services at preferential and special discounted rates to the customers of Mediator (such discounted rates and benefits, the "Discounts"). The current Suppliers and Discounts are briefly described in Exhibit "A".

As a result of the agreements described in the preceding paragraph, Mediator has organized a network of service providers that secures the Discounts for its Customers through the use of a Membership Number (such number, the "Membership Number" and such network, the "Unlimited Vacation Club").

### Representations

I.    Mediator represents and warrants that it is a limited liability company duly formed and validly existing under the laws of Anguilla, British West Indies, has the capacity and human and economic resources to perform its obligations under this Agreement and its representative has sufficient authority to enter into, and bind Mediator under the terms of, this Agreement.

II.   The Customer represents and warrants that he/she is an individual of __American__ nationality, with legal residence in __United States of America__ is of legal age and has legal capacity to execute and be bound under the terms of this Agreement.
Customer further represents that it enters into this Agreement with Mediator in order to obtain a Membership Number and have access to the Discounts provided by the Suppliers under the Unlimited Vacation Club in accordance with the terms and conditions stated herein.

Therefore, the parties hereto agree in terms of the following Articles:

### Articles

**ARTICLE ONE. MEMBERSHIP NUMBER**
Mediator shall render mediation services for the benefit of Customer to allow Customer to gain access to the Discounts offered by the Suppliers that form part of the Unlimited Vacation Club. Mediator hereby delivers to Customer the Membership Number set forth in Exhibit "B" for Customer to have access to the Discounts offered by the Suppliers.

**ARTICLE TWO. TERMS AND CONDITIONS OF DISCOUNTS**
The guidelines governing the use of the Discounts are set forth in the "Rules of Operation" (as such term is defined in Article Eleven). The Discounts offered by hotel service Suppliers in conection with and participating in the Unlimited Vacation Club will be those applicable pursuant to Exhibit "B". In connection with the Discounts offered by "Participant Hotels" (as such term is defined in the Rules of Operation) under the Unlimited Vacation Club, Customer is entitled to make unlimited bookings with the Participant Hotels' Suppliers in order to make effective the Discounts within the term hereof. All Discounts for goods or services provided by Suppliers through "Participant Businesses" (as such term is defined in the Rules of Operation) and Participant Hotels will be governed by the Rules of Operation. All of such Discounts will remain effective for a period of __20__ years years as of the execution date of this Agreement.

Upon the execution of this Agreement, Customer will receive a summary of the terms and benefits currently available to Customer hereunder (the "Customer's Acknowledgment Form"). The Suppliers and Discounts listed on Exhibit "A" or otherwise referred to in the Customer's Acknowledgment Form are subject to change without notice. Mediator, however, will maintain Customer apprised of such changes in accordance with Article Nine.

**ARTICLE THREE. MEDIATOR'S RESPONSIBILITY**
The Customer acknowledges that Mediator will only be responsible for the mediation activities set forth herein, and the responsibility for the actual goods and services purchased from, or rendered by the Suppliers will rest solely on the Suppliers. Therefore, Customer hereby releases Mediator from any liability arising from or related with any act or omission of the Suppliers in connection with the goods and services they render and/or provide to Customer.

Mediator is solely responsible for the mediation services rendered hereunder and Customer hereby waives any claims against any of the Suppliers in connection with or resulting from Mediator's performance under this Agreement. Finally, Mediator hereby releases Suppliers in connection with or resulting from Mediator's performance under this Agreement.

In no event shall either party be liable for any punitive, indirect, consequential, special, exemplary, or incidental damages, including, without limitation, liability for loss of use, loss of profits, cost of procurement or installation of substitute goods, capital investment, product development costs, unabsorbed overhead, or interest expenses, of whatever kind or however caused. Notwithstanding any other provision in this Agreement, Mediator's liability to Customer, including any indemnification obligations, whether under contract, tort, strict liability or otherwise, shall in no event exceed in the aggregate the fees paid by Customer to Mediator under this Agreement as of the date of the claim or dispute from which such liability arose.

ARTICLE FOUR.  TERM
The term of this agreement is _____20_____ year(s) counted as of the date of its execution. Upon the expiration of this Agreement, Customer will have no further access to the Unlimited Vacation Club or the Discounts.

ARTICLE FIVE.  CONSIDERATION

As consideration for the mediation services provided by Mediator, Customer shall pay the amounts set forth in the cover page of this Agreement (hereinafter referred to as "Total Consideration"). The amounts in the cover page of this Agreement are, when applicable, inclusive of value added tax. All payments due hereunder are payable in U.S. Dollars.

ARTICLE SIX.  PAYMENT

Mediator hereby grants Customer, to the extent permitted by applicable laws, receipt in connection with any amount paid to Mediator by Customer in terms of the cover page of this Agreement. If Mediator finances all or portion of the Total Consideration to Customer, the terms of such payment(s) will be documented by a promissory note to be executed by Customer in equal terms to those specified in the note attached hereto as Exhibit "C" (the "Promissory Note"). All financing will be subject to an interest rate of _____0.00%_____ per annum (the "Ordinary Interest Rate").

Payments (including fees) made after 5 (five) days of the applicable due date will be subject to default interest at an annual rate equal to the Ordinary Interest Rate plus 5 basis points. If any payments hereunder are taxed with value added tax or other similar sales or stamp tax, such tax will be paid by Customer.

ARTICLE SEVEN.  RENEWAL FEE

In order to be eligible for the Discounts, Customer shall pay an annual renewal fee to Mediator, on or before the date of anniversary of the execution date of this Agreement, or any renewal thereof, as applicable (the "Renewal Fee"). The initial amount of the Renewal Fee is set forth in the cover page of this Agreement. The Renewal Fee may increase annually as determined by Mediator. Mediator shall give Customer written notice of any such increases in the amount of the Renewal Fees within, at least, 30 (thirty) days prior to the due date of such Renewal Fees.

ARTICLE EIGHT.  EXCHANGE SERVICES

In order to offer additional travel alternatives to those offered by the hotel service Suppliers, Mediator has also integrated suppliers of exchange and cruise services to the Unlimited Vacation Club that affiliate hotels and resorts located in different countries as well as cruise services with the purpose that their members may make deposits of intervals of certain resorts and exchange such intervals for intervals in different resorts previously deposited by other members and cruise services. Customer will book through Mediator seven (7) nights at any of the participant hotels under Unlimited Vacation Club according to the Rules of Operation in order to make effective those exchange services offered by suppliers of exchange and cruise services. It is agreed upon by the parties hereto that Customer will only be permitted to make deposits for no more than _____560_____ hotel nights equivalent to _____80_____ exchange transactions of seven (7) consecutive hotel nights with the suppliers of exchange and cruise services within the term hereof and provided that Customer's membership with Supplier of exchange services remain valid.

ARTICLE NINE.  USE OF THE UNLIMITED VACATION CLUB BENEFITS

The Customer shall be allowed to have access to Discounts as of the date execution of this Agreement, subject to the understanding that payment in full of Total Consideration can be made on such execution date or in the future, as duly stated in the cover page of this Agreement. The Customer shall continue to have access to Discounts at any time during the term of this Agreement, provided that Customer complies with all payment obligations in due time, including but not limited to all monthly payments and Renewal Fee, when applicable, as set forth in the cover page of this Agreement. Customer shall pay all applicable taxes in connection with any and all goods and services rendered by or purchased from Suppliers regarding the Unlimited Vacation Club in accordance with all applicable laws.

Mediator shall keep Customer apprised and informed of all benefits, changes, additions and developments of the Unlimited Vacation Club by any means available and at its sole discretion, including but not limited to the website of Unlimited Vacation Club, bulletins and all written materials to Customer's sent to the addresses (or e-mail address) specified in the cover page of this Agreement. By executing this Agreement, Customer authorizes Mediator to deliver all such information and materials in accordance herewith and acknowledges and agrees that Mediator's compliance of this information obligation will in no event constitute a solicitation for business or an offer to contract or purchase additional services from Mediator.

ARTICLE TEN.  MEDIATOR'S OBLIGATIONS

Mediator shall make all reasonable efforts to comply with its obligations hereunder in a professional manner. Both Parties acknowledge and agree that Mediator may delegate all or part of the management and operation of the mediation services to third parties with sufficient expertise in the provision of services similar to those which are subject matter hereof.

ARTICLE ELEVEN.   RULES OF OPERATION AND CONFIDENTIALITY

The operation rules of the Unlimited Vacation Club are attached hereto as Exhibit "E" (the "Rules of Operation"). The Rules of Operation are an integral part of this Agreement, and Mediator and Customer agree to be bound and abide by them. Customer will not reveal "Confidential Information" (as such term is defined hereunder) to any person. This provision shall remain in force after termination of this Agreement. "Confidential Information" shall mean this Agreement and its Exhibits as well as any information that is made available to the public that Customer has obtained or received from Mediator in connection with: (1) rates, benefits, discounts and promotions of Participant Hotels, Participant Businesses or Mediator; or (2) sales, marketing and business methods, lists or customers' needs and any Suppliers and/or Mediator's information. Breach of this provision will cause immediate termination of this Agreement.

ARTICLE TWELVE. ASSIGNMENT

The Customer may not assign any rights or obligations under this Agreement without the prior written consent of Mediator. The Customer may request consent for such assignment by sending a written request to Mediator and attaching all information and documents required with respect to the assignee for Mediator to be able to analyze such information and consent to or reject the proposed assignment. If on the date of execution of the documents formalizing the assignment Customer is in default with any payment under this Agreement or the Promissory Note, Mediator will be entitled to reject the assignment.

Mediator will have a 30-day period as of receipt of Customer's assignment application to accept or reject it. Should Mediator not take a decision within such period of time, the assignment application will be deemed accepted. If the Agreement is to be assigned to a person who is not a direct relative (brother, sister, spouse or child) of the Customer, the Customer shall pay Mediator a transfer fee of 10% (ten percent) of the Total Consideration, as set forth in the cover page of this Agreement, plus any applicable value added tax or similar tax. This transfer fee shall be paid by Customer to Mediator on the date the assignment is executed. Mediator may totally or partially assign this Agreement to any third party without the need of Customer's consent, but shall notify Customer in writing. This Agreement may be assigned with no cost to Customer's direct relatives  (parents, siblings & spouses) as well as to Customer's successors and heirs based on a will.

ARTICLE THIRTEEN.   EARLY TERMINATION

In addition to any other remedy available to Mediator, if Customer defaults to any of its payment obligations under this Agreement, Mediator will be entitled to liquidated damages in an amount equal to the higher of any amount paid by the Customer up to and including the date of the breach or 50% (fifty percent) of the Total Consideration set forth in the cover page of this Agreement. This will terminate the Agreement.

In addition to any other remedies available to Mediator, if Customer at any time during the term of this Agreement is in default of any of the payment obligations hereunder, Mediator shall have no obligation to reimburse the Customer any of the amounts paid prior to such breach or default, in addition Mediator will be entitled to an indemnification for damages equal to 50% (fifty percent) of any amounts paid by Customer from the Total Consideration set forth in the cover page of this Agreement. This will terminate the Agreement.

Mediator may terminate this Agreement at any time and without cause by providing Customer written notice at least 90 (ninety) days in advance to the effective termination date; provided that, Mediator shall reimburse Customer any amounts paid to and received by Mediator which proportionally correspond to the time remaining on the Agreement had it not been terminated by Mediator in accordance with this paragraph.

If Customer truthfully believes that Mediator has breached any of its obligations under this Agreement, Customer shall notify Mediator of such failure within 10-days after the date of the alleged breach. Customer's notice must specify the nature of the breach and be accompanied by documentation substantiating Customer's claim. The Mediator shall review Customer's notice and documentation and make a good faith determination within 30 (thirty) days after its receipt of such notice of whether such breach actually exists and if it may be attributable to Mediator. If from Mediator's response it is reasonably clear that the breach is non-existent or is the result of acts not imputable to Mediator, Customer's claim will be deemed resolved and there will be no breach of this Agreement on the part of Mediator.

If Mediator does not cure such breach nor respond to Customer within such 30-day term, or, from the statements of Mediator, it is unclear if Mediator was not the cause of the breach, Customer shall grant Mediator an additional 15-day term to correct the breach or present for Customer's consideration two alternate solutions to such alleged breach. If the Mediator does not correct the breach or does not present such alternate solutions to Customer's consideration within such 15-day term, the Customer may terminate this agreement and request the refund of the consideration paid hereunder.

ARTICLE FOURTEEN. NOTICES AND NOTIFICATIONS

All notices and communications related to this Agreement shall be in writing and delivered in person, by registered mail or by any other reliable means, at the following addresses:

Mediator:   CLUB DE DESCUENTOS VACACIONALES DR, LLC
            Victoria House, The Valley
            Anguilla, British West Indies.

With mandatory copy to:
            **GBS International, Inc.**
            **5600 Southwest 135th Avenue, Suite 210, Miami, Florida 33183**

Customer:   The address set forth in cover page of this Agreement

e-mail:     The e-mail set forth in cover page of this Agreement.

ARTICLE FIFTEEN. JURISDICTION AND APPLICABLE LAW

This Agreement shall be governed by and construed in accordance with the laws of the Dominican Republic without giving effect to any choice of law or conflict of laws rules or provisions that would cause the application of the laws of any other jurisdiction other than the Dominican Republic. The Parties expressly submit to the exclusive jurisdiction of the courts of the Dominican Republic for the purposes of any action, dispute or controversy arising out of this Agreement. Each Party waives any right it may have to a different law or jurisdiction by reason of its present or future domicile, location of its assets or for any other reason.

This choice of law and forum provision will not apply to any Promissory Notes issued by the Customer as part of any financing by Mediator. Such Promissory Notes will be governed by and construed in accordance with its terms.

IN WITNESS THEREOF, the parties have executed this Agreement as of the date(s) set forth below.

Date:            September 7, 2013

CLUB DE DESCUENTOS VACACIONALES DR, LLC

_____
Raquel Nohemí Reynoso Fragoso

CUSTOMER:

_____   &   _____
Jesse John Michaletz                    Amanda Kay Dugan

0835

## EXHIBIT "A"

## List of Suppliers and Benefits

Suppliers of the Unlimited Vacation Club:

Discounts on nightly rates at hotels operated by AMResorts, as published in www.amresorts.com. Participating Hotel brands may be mentioned in Rules of Operations but may vary from time to time.

Discounts on SPA services at AMResorts Participating Hotels, as published in www.amresorts.com. Participating Hotel brands may be mentioned in Rules of Operations but may vary from time to time.

Discounts on guided tour services and ground transportation through Amstar (Destination Management Company). Available destinations shall be published at www.amstardmc.com. Available discounts and discounted rates may be found at www.unlimitedvacationclub.com.

First two (2) year-period enrollment with International Cruise & Excursions ("ICE") free of charge to Customer. Access to exchange program for cruise services, lodging promotions and discounts shall be available at www.myplatinumrewards.com website in accordance with the terms and conditions set forth in such website. As of the third year of ICE's membership, renewal cost shall be borne by Customer.

First two (2) year-period enrollment with Resort Condominiums International, LLC. ("RCI") free of charge to Customer. Access to the exchange program will be provided with third parties pursuant to RCI exchange system. Cost of Deposit Transactions shall be borne by Customer. As of the third year of RCI's membership, renewal cost shall be borne by Customer.

First ten (10) year-period enrollment with Yachts ET, Inc. ("Yachtse") free of charge to Customer. Access to Yachtse benefits and special rates shall be published by Yachtse at www.yachtse.com. Cost of use and reservation of benefits provided by Yachtse shall be borne by Customer at his/her sole responsibility.

Customer expressly acknowledges and agrees that, subject to Mediation Agreement, Suppliers referred to in this Exhibit "A", as well as other Suppliers included from time to time, may be ammended, replaced or substituted by others of similar category to Suppliers of the Unlimited Vacation Club without prior notice.

CLUB DE DESCUENTOS VACACIONALES DR, LLC

By: _____
Name: Raquel Nohemi Reynoso Fragoso

CUSTOMER:

_____ & _____
Jesse John Michaletz           Amanda Kay Dugan

Exhibit A

EXHIBIT "B"

List of Discounts Offered by Suppliers

**MEMBERSHIP NUMBER:** _____0835

Unlimited Vacation Club Membership  Type Description: _____Gray Pearl_____

The Customer has contracted mediation services identified as the Unlimited Vacation Club Membership to use the Preferential Rates and Discounts for Goods and Services listed below with the Suppliers described on Exhibit "A".

The Discounts offered by the Participant Hotels are:

**AMResorts:**

25% (twenty five percent) discount on SPA services at the Participant Hotels (Discounts may vary from time to time). Spa products are not included.

25% (twenty five percent ) discount on extra room charges at the Participant Hotels in connection solely with the services and products directly offered by Participant Hotels. Such discounts will not be applicable to products and services offered by the concessionaries or lessees of Participant Hotels, provided that:

1) Customer shall have a 25% (twenty five percent) Discount on any available rate at Participant Hotels, tour operator website or travel agencies. Acceptable rate comparison sources are  www.amresorts.com, as well as all sources listed in Exhibit "F" hereto, as amended from time to time (hereinafter referred to as "Acceptable Rate").

2) To make Discounts effective, Customer shall give notice of Acceptable Rate (as defined in Section 1 of this Exhibit) to Mediator at any time prior to arrival at Participant Hotels. Mediator shall honor such 25% (twenty five percent) discount on Acceptable Rates at all times. Customer must show written evidence (electronic copy) of Acceptable Rate for Mediator's validation.  Discounts shall be honored provided that Acceptable Rate be in effect precisely on the date that  Customer wishes to make payment for contracted lodging service;  quoted for the same room category, applicable and available for the same number of adults and children;  Acceptable Rate must include all taxes and extra surcharges.

3) In the event that an Acceptable Rate is found by Customer after booking and payment for lodging services, Customer shall give written notice to Mediator (same room type and category; same hotel, date and number of adults and children; as well as inclusive of all taxes and extra surcharges), Mediator shall honor the 25% (twenty five percent) Discount over Acceptable Rate and promptly reimburse Customer the difference between Acceptable Rate as discounted by 25% and effectively paid rate.

A two (2) night-period booking at least is required to book a reservation. Type of room and seasons in connection with the  membership level subject to space availability. Participant Hotels are defined in the Rules of Operation.

As an additional benefit, Customer will  be able  to  request,  upon  arrival to Participant Hotels, a  free upgrade  to  the  next  room  type  for _____Gray Pearl_____ Participant Hotels may honor such request, subject to availability at check-in.

**External Exchange:**
Benefits offered by Resort Condominiums International, LLC. ("RCI"), Yachts ET, Inc ("Yachtse") and International Cruise and Excursions ("ICE") are available for Customer in accordance with the terms set forth in RCI, Yachtse and ICE web sites.

**AMSTAR:**
AMSTAR DMC will grant Customer discounts between 10% (ten percent) and 15% (fifteen percent) of the prices offered to general public. Discounted rates for Customer will be found at www.unlimitedvacationclub.com. Prices shown at www.unlimitedvacationclub.com are final and Unlimited Vacation Club Members' discount is already applied.

CLUB DE DESCUENTOS VACACIONALES DR, LLC

By: _____
Name: Raquel Nohemi Reynoso Fragoso

CUSTOMER:

_____  &  _____
Name: Jesse John Michaletz      Name: Amanda Kay Dugan

Exhibit B

0835

EXHIBIT "C"

## PROMISSORY NOTE

U.S.$   4,480.00                                                                    September 7, 2013

FOR VALUE RECEIVED,   __Jesse John Michaletz__   &   __Amanda Kay Dugan__ ("Customer") hereby promises to pay to the order of CLUB DE DESCUENTOS VACACIONALES DR, LLC, a limited liability company organized under the laws of Anguilla, British West Indies ("Mediator"), the principal amount of $ __4,480.00__ dollars ( __Four Thousand Four Hundred Eighty US Dollars 00/100__ ) (the "Principal Amount") in __24__ consecutive and equal scheduled payments of U.S.$ __186.67__ each (each, a "Scheduled Payment"). The first Scheduled Payment will be of U.S.$ __186.67__ and will be due and payable on __November 1, 2013__ (the "Initial Payment"), and each subsequent Scheduled Payment will be in the same amount as the Initial Payment and will be due and payable on the same day of the calendar month following the Initial Payment or the preceding Scheduled Payment, as applicable, until the Principal Amount is paid in full (each, a "Payment Date"); provided that, if any Payment Date falls on a date which is not a Business Day (as defined below), then the Payment Date for that Scheduled Payment will be the immediately following Business Day.

For purposes of this Note "Business Day" shall mean any day other than a Saturday or a Sunday or a day on which banking institutions are authorized or required to close in New York, New York.

Customer promises to pay on each Payment Date interest on the unpaid Principal Amount of this Note from the date of execution of this Note until such Principal Amount shall be paid in full, at a rate per annum equal to __0.00%__ (the "Ordinary Interest Rate").

Upon default in the payment of principal or interest on the Note when due, the entire unpaid principal balance and interest accrued thereon shall immediately become due and payable upon demand of Mediator. In addition, Customer will pay to Mediator overdue interest on the outstanding balance of this Note at a rate per annum equal to the Ordinary Interest Rate plus 5 basis points.

Customer hereby waives, for itself and its legal representatives, successors and assigns presentment, demand and protest and notice of presentment, dishonor, notice of intent to accelerate, notice of acceleration, protest, default, nonpayment, maturity, release, compromise, settlement, extension, waiver or renewal of any or all of this Note.

No provision of this Note shall be modified except by a written instrument executed by Customer and by Mediator expressly referring to this Note and to the provision modified. All payments made hereunder shall be net of withholdings or setoffs for taxes.

This Note shall be governed by, and construed and enforced in accordance with, the laws of the State of New York, excluding its choice of laws principles.

Customer hereby agrees to pay on demand all costs of collection and enforcement of this Note (including, without limitation, attorneys' fees and expenses and fees and expenses on appeal or in any bankruptcy proceeding) incurred by Mediator with respect to this Note.

This Note shall be binding upon Customer and her successors and assigns, and shall inure to the benefit of Mediator and its successors and assigns.

TO THE FULLEST EXTENT NOT PROHIBITED BY APPLICABLE LAW, CUSTOMER AND MEDIATOR EACH HEREBY KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND IRREVOCABLY WAIVE ANY AND ALL RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING TO ENFORCE OR DEFEND ANY RIGHT, POWER, REMEDY OR DEFENSE ARISING OUT OF OR RELATED TO THIS NOTE, AND EACH AGREES THAT ANY SUCH ACTION OR PROCEEDING SHALL BE TRIED BEFORE A JUDGE AND NOT BEFORE A JURY.

CUSTOMER

_____          _____
          Jesse John Michaletz                              &              Amanda Kay Dugan

Exhibit C

████ 0835

EXHIBIT "D"

I understand that Mediator, CLUB DE DESCUENTOS VACACIONALES DR, LLC has entered into an agreement with GBS International, Inc. (hereinafter referred to as the "Agent"), located at 5600 Southwest 135th Avenue, Suite 210, Miami, Florida 33183. The Agent has been appointed to manage the collection process of the Total Consideration listed in the cover page of the Agreement and/or pursuant to the Promissory Note. I accept and acknowledge all payments required under the Agreement, and I agree to make such payments to the Agent for the benefit of Mediator in accordance therewith. To that effect, I hereby consent to any of the following payment and collection options.

[C] Recurring Monthly Payment of $ _____186.67_____ Total payments _____24_____

a) Monthly payments in cash or check by deposit or wire transfer to the account indicated by the Agent. ---

b) Bank account drafts or charges to the following checking account information, **copy of voided check must be provided**. I hereby authorize GBS International, Inc. to charge this account for the benefit of Club de Descuentos Vacacionales DR, LLC to pay the principal and interest payment of the Total Consideration under the Mediation Agreement in connection withr my Unlimited Vacation Club Membership:

Account holder: _____

Bank Account #: _____ Routing # (ABA#): _____

Bank Name: _____

Address: _____

I hereby authorize Unlimited Vacation Club to charge the above mentioned checking account for my recurring monthly payments based on the Mediation Agreement in connection with my Unlimited Vacation Club's membership. The charge will appear on your statement under the name of GBS International, Inc. I further authorize GBS International, Inc. to use the attached voided check from the above account.

(c) Charges to my credit card number _____████_____████_____ valid through _____
_____ , issued by _____████_____ , Credit Card Holder _____████_____

I hereby authorize Club de Descuentos Vacacionales DR, LLC to charge the above mentioned credit card for my recurring monthly payments. The charge will appear on your statement under the name of GBS International, Inc.

Check payments are subject to collection. Checks dishonored by the account holder's bank will accrue a management fee of 20% (twenty percent) on the outstanding balance. The Customer shall pay a monthly credit service fee of U.S.$0 dollars. These fees are in addition to any other fees payable hereunder.

CUSTOMER'S Name: _____Jesse John Michaletz & Amanda Kay Dugan_____

CUSTOMER'S Signature: _____[signature]_____ , _____[signature]_____

Date: _____September 7, 2013_____

Exhibit D

EXHIBIT "E"

## UNLIMITED VACATION CLUB
## RULES OF OPERATION

### ONE. PURPOSE

The purpose of these Rules of Operation is establishing the proceedings and guidelines for reservations, payment and use of the goods and services ("Goods and Services") of the Unlimited Vacation Club membership (the "Membership") by Customers with a valid Membership Number. These Rules of Operation are also intended to protect the rights and duties of the Mediator and the Customers under the Membership. Capitalized terms used and not defined herein will have the same meaning given thereto in the mediation agreement entered into by Mediator and Customer (the "Mediation Agreement").

### TWO. GENERAL DESCRIPTION OF PARTICIPATING HOTELS

The hotels participating in the Membership that are referred to in Exhibit "A" of the Mediation Agreement and listed in the website www.amresorts.com, are hotels that, generally, include in their facilities recreational areas, swimming pools, lobby areas, bars, and other common and administrative areas ("Participating Hotels").

The Participating Hotels associated to this Black Pearl Membership as well as the different types of rooms in such Participating Hotels as they appear at www.amresorts.com (hereinafter the "Room" or the "Rooms"), are generally described in the following chart for the

Black Pearl        Membership:

USE

| MEMBERSHIP | HOTELS | SEASON | HOTEL ROOMS | CATEGORIES |
|---|---|---|---|---|
| Black Pearl | ALL AM BRANDS BUT ZOETRY | No major Holidays & festive weekends | Deluxe Rooms & Jr. Suites | Deluxe Rooms & Jr. Suites |

All Customers can make the Discounts effective at the Participating Hotels during the following seasons:

| SEASONS | 2013 | 2014 | 2015 |
|---|---|---|---|
| High | Dec 25 - April 6 | Dec 23 - April 5 | Dec 22 - April 4 |
| Medium | April 7 - Sept 2 | April 6 - Sept 1 | April 5 - Sept 7 |
| Low | Sept 3 - Dec 22 | Sept 2 - Dec 21 | Sept 8- Dec 20 |

| Major Holidays | 2013 | 2014 | 2015 |
|---|---|---|---|
| Presidents Week | Feb 17 - 24 | Feb 16 - 23 | Feb 15 - 22 |
| Holy Week | Mar 23 - 30 | Apr 12-19 | Mar 28 - Apr 4 |
| Thanksgiving Week | Nov 24 - Dec 1 | Nov 23 - 30 | Nov 22 - 29 |
| Christmas Week | Dec 19 - 26 | Dec 19 - 26 | Dec 19 - 26 |
| New Year Week | Dec 26 - Jan 2, 2014 | Dec 26 - Jan 2, 2015 | Dec 26 - Jan 2, 2016 |

| Festive Weekends | 2013 | 2014 | 2015 |
|---|---|---|---|
| Easter Weekend | Mar 30 - Apr 1 | Apr 19-21 | Apr 5 - Apr 7 |
| Memorial Weekend | May 25 - 27 | May 24 - 26 | May 23 - 25 |
| Independence Weekend | July 4 - 7 | July 4 - 6 | July 3 - 5 |
| Labor Weekend | Aug 31 - Sep 2 | Aug 30 - Sep 1 | Sep 5 -7 |

The Mediator is not responsible for the management and operation of the Participating Hotels. However, the Mediator has knowledge that the Participating Hotels are operated and managed professionally by the AM Resorts management network.

### THREE. DESCRIPTION OF SERVICES OTHER THAN LODGING

The commercial establishments participating in the Membership pursuant to Exhibit A that are not Participating Hotels (such establishments, the "Participating Businesses") will offer their services as described on the following websites:

**EXHIBIT "F"**
List of major tour operators and travel agencies

In accordance with the terms set forth in Exhibit "B" hereto, a list of major tour operators and travel agencies is included herein. Pursuant to Mediation Agreement and Exhibit "B" of such, only the sources listed below shall serve as parameter for Acceptable Rates and Discount of 25% will only be honored in Participant Hotels when comparison is made and written evidence is delivered to Mediator from the following sources:

Apple Vacations
Travel Impressions / American Express Vacations
Flight Centre / Liberty Travel / GOGO Worldwide Vacations
Expedia.com
Hotels.com
Orbitz.com
Travelocity.com
Cheap Caribbean.com
Bookit.com
Priceline.com
Alaska Vacations
Continental Vacations
American Airline Vacations
Delta Vacations
US Airway Vacations
United Vacations
Worry free Vacations
Pleasant Holidays
Classic Vacations
Vacation for Less
Vacation Express
Mexico Unlimited
Preferred Hotels Group
Sunwing Vacations (Canada)
Signature Vacations (Canada)
Thomas Cook Vacations (Canada)
Holiday House (Canada)
Sunquest Vacations (Canada)
Vacance Air Transat (Canada)
West Jet Vacations (Canada)
Air Canada Vacations (Canada)

Customer hereby irrevocably agrees that, interms of the Mediation Agreement, major tour operators and travel agencies referred to in this Exhibit "F," as well as other sources to be included from time to time may be replaced, modified or substituted with others of similar category without prior notice to Customer.

CLUB DE DESCUENTOS VACACIONALES DR, LLC

By: _____
Name: Raquel Nohemí Reynoso Fragoso

CUSTOMER:

_____          &          _____
Jesse John Michaletz                              Amanda Kay Dugan

UNLIMITED VACATION CLUB
CUSTOMER'S ACKNOWLEDGEMENT

CUSTOMER(s) Name: Jesse John Michaletz & Amanda Kay Dugan
MEMBERSHIP NUMBER: ██████0835

1.- I/We / I/We have contracted a __Gray Pearl__ Membership of the Unlimited Vacation Club

2.- I/We / I/We The Total Consideration for Mediator's Services is U.S.$ __8,960.00__ ; the closing cost is U.S.$ __699.00__

3.- I/We / I/We The term of my agreement with Mediator is __20__ years as of the execution date.

4.- I/We / I/We I/We understand that Mediator, on our behalf, has enrolled me/us, without charging me/us an annual subscription fee, to the exchange program of RCI for a period of 2 (two) years. The membership of RCI entitles me/us to exchange benefits for external lodging.

I/We understand that in order to request an exchange through RCI, I/We shall book through Mediator seven (7) nights at least at any of the Participant Hotels under Unlimited Vacation Club according to the Rules of Operation in order to make effective those exchange services offered by RCI and deposit a 7 night-period with RCI. I/We will only be permitted to make deposits of intervals with suppliers of exchange services in the terms set forth above herein by a number of hotel nights no more than __560__ equivalent to __80__ 7-day period deposit transactions within the term hereof, provided, however my/our membership with RCI remains valid.

For every exchange I/We must pay the following applicable fees:

a) To RCI, the current exchange fee (Domestic and International) for U.S. residents is U.S. $199 dollars per week (subject to changes without notice by RCI); therefore, I/we assume the obligation to find out with RCI which is the current exchange rate. For residents in other countries, rates must be verified directly with RCI.

b) To Mediator or its designee(s) a U.S. $250 dollars processing and booking supporting fee for each exchange. This processing and booking supporting fee may be increased at the beginning of each calendar year in accordance with the U.S. Consumer Price Index plus three percentage points maximum.

c) U.S. $109 dollars to RCI, if Customer combines two weeks in order to make one deposit through RCI within the same year.

I/We understand that the mentioned fees only include lodging. All other costs meals, fees and services will be paid by me/us separately. The exchange services are the responsibility of RCI.

I/We understand that each deposit transaction (one week) through RCI, will give me/us the value of __10__ "Units of Trading Power" (as such term is defined in RCI's contractual documents).

I/We understand that the seven (7) night-period deposit with RCI in connection with any of the Participant Hotels, shall give me the value of __10__ Units of Trading Power. If for any reason it is required more Units of Trading Power to carry on such deposit with RCI, Mediator shall assist to give assist to give me/us an additional number of Units of Trading Power up to the amount of __20__ , in order to conduct such deposit I/we are intending to make without representing an obligation to me/us to conduct additional bookings through Mediator to make new deposits with RCI; however, I/we will have to pay to RCI the amount set forth in clause c) of this paragraph 5 if the foregoing is required. Exchange Trading Power is variable and determined by RCI.

I/We understand that Mediator, on our behalf, has enrolled me/us, without charging me/us an annual subscription fee, to the exchange program of ICE called ICE PLATINUM REWARDS for a period of 2 (two) years. The membership of ICE entitles me/us to exchange benefits for cruise services and use discounts and promotions which appear at ICE's website. I/We understand that in order to request a cruise service through ICE, I/We shall book through Mediator seven (7) nights at least at any of the Participant Hotels under Unlimited Vacation Club according to the Rules of Operation in order to make effective those cruise services offered by ICE and deposit a 7 night-period with ICE. It is agreed upon by the parties hereto that Customer will only be permitted to make deposits for no more than __560__ hotel nights equivalent to __80__ seven (7) consecutive hotel nights exchange transactions to contract cruise services with ICE, within the term of the Agreement with Club de Descuentos Vacacionales DR, LLC. provided that my/our ICE's membership remains valid. To make an exchange with ICE, a 7 night-period transaction shall have to be conducted and a payment of USD$250 for each deposit transaction in the same terms set forth in this paragraph.

I/We understand that the number of hotel nights to make deposits in the terms set forth above are applicable to ICE and RCI in the aggregate; therefore, I/We understand and acknowledge that I/we am/are not permitted to make deposits for more than __560__ hotel nights in the aggregate with ICE and RCI within the term of the Mediation Agreement and provided, however my/our membership with ICE and RCI remains valid.

5.- I/We / I/We understand that, after the term provided in paragraph 4 of this acknowledgement, I/We shall be responsible to enter into renewal of subscription and all fees payable to RCI and ICE.

6.- I/We / I/We understand that the Agreement entitles me/us, as customer(s) of Club de Descuentos Vacacionales DR, LLC, to contract the services rendered by the Suppliers that form part of the Unlimited Vacation Club and benefit from the Discounts they offer pursuant to my Agreement. I/we understand that I/we cannot offer to third parties any of the services offered to me/us by the Suppliers as part of the Unlimited Vacation Club. The benefits granted to me/us in the Agreement are for my/our personal use and for my immediate family, and are not transferable. In addition, access to the Participant Hotels and the rooms is limited to the users included in the reservation and registered with the Supplier based upon the information provided by the Mediator. If I/we wishes/wish to book a room for an individual other than me/us, I/we must must include that individual in the reservation according to the Rules of Operation.

7.- _[initials]_ I/We understand that I/we am/are entitled to a 25% (twenty five percent) Discount on the lowest public rate of the major tour operators or travel agencies listed in Exhibit "F" in connection with the Participant Hotels. I/We understand and agree that payment of Total Consideration set forth in the Mediation Agreement Cover Page and/or future installments thereof, is not intended to be used to prepay any rates or fees in connection with the services provided by Participant Hotels, as payment of Total Consideration will only secure discounts and other benefits, as described in Mediation Agreement and Exhibits thereto.

8.- _[initials]_ I/We understand that I/we shall pay an annual Renewal Fee of U.S.$120. Such annual Renewal Fee may increase based on the U.S. Consumer Price Index plus three percentage points maximum. This fee will be paid each year as of the date in which the down payment is paid in full.

9.- _[initials]_ I/We understand that each one of the Suppliers of the Unlimited Vacation Club have their own operation rules to perform reservations and render their services; therefore, I/we are not to rely on information other than the one provided to me/us in writing or through the Unlimited Vacation Club's web site.

10.- _[initials]_ I/We understand that all the reservations made with the Suppliers of the Unlimited Vacation Club are made based upon their availability.

11.- _[initials]_ I/we understand that children younger than 3 years old will not pay and children older than 3 including 3-year children and up to 12 years including 12-year children, will pay children's rate.

12.- _[initials]_ The Agreement contains all the terms and conditions of the Unlimited Vacation Club. Accordingly, there are no additional benefits of Unlimited Vacation Club other than those expressly set forth in the contractual documents that I/we have signed.

13.- _[initials]_ I/We declare that I/we are contracting the Unlimited Vacation Club voluntarily and have not been driven or caused to enter into the Mediation Agreement by any external or sales pressure.

14.- _[initials]_ I/We declare that we are contracting the Unlimited Vacation Club voluntarily and I/we am/are not under the influence of alcohol or drugs that would adversely affect my/our judgement.

15.- _[initials]_ I/we understand and confirm that all my/our questions regarding the use of the Unlimited Vacation Club have been answered to my/our entire satisfaction.

16.- _[initials]_ I/we understand and confirm that Mediator will only deemed as valid and binding the documents signed by an authorized representative of Mediator.

17.- _[initials]_ I/we understand that I/we will receive my/our original mediation agreement and membership as part of the Unlimited Vacation Club after all legal/contractual documents have been executed.

18.- _[initials]_ I/we understand that Unlimited Vacation Club, its Suppliers and/or related parties do not offer discounts or special benefits and/or rates in airlines, airfares or any service related to air transportation.

I have read and understood the summary of terms included above and the rights and obligations created under the Mediation Agreement to make effective benefits of the Unlimited Vacation Club.

CUSTOMER
By: _[signature]_
Name: **Jesse John Michaletz**

CUSTOMER
By: _[signature]_
Name: **Amanda Kay Dugan**